UNITED STATES of America,
Plaintiff—Appellee,

v.

Arturo ARREOLA–LEYVA,
Defendant—Appellant.

No. 07–30238.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 7, 2008 *.

Filed Jan. 10, 2008.

Kelly A. Zusman, Esq., Office of the U.S. Attorney Mark O. Hatfield, Portland, OR, for Plaintiff-Appellee.

Stephen R. Sady, Esq., Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

MEMORANDUM **

We have reviewed the record and the opening brief and conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The United States Supreme Court's decision in *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998),

remains binding on this court until the Court overrules it. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting that this court remains bound by the Supreme Court's holding in *Almendarez–Torres* that the district court may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt); *see also United States v. Grisel,* 488 F.3d 844 (9th Cir. 2007).

Accordingly, the government's motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.